IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

FRANK HARMON BLACK; SOUTHEAST
INVESTMENTS, N.C., INC.,

Petitioners,

v.

SECURITIES AND EXCHANGE
COMMISSION,

Respondent,

FINANCIAL INDUSTRY REGULATORY
AUTHORITY,

Intervenor.

No. 25-1718

---

**JOINT STATUS REPORT**

Petitioners Frank Harmon Black and Southeast Investments, N.C.,

Inc., Respondent Securities and Exchange Commission, and Intervenor

Financial Industry Regulatory Authority, Inc. jointly submit this status

report pursuant to the Court's Order of August 1, 2025.  Doc. 34.  That

Order granted petitioners and respondent's joint motion to hold this case in

abeyance pending a Commission decision on a pending motion petitioners

have filed with the Commission; it further directed the parties to file a status report on September 2, 2025, and every thirty days thereafter, and to immediately notify the Court upon issuance of a decision by the Commission. *Id.* As of the date of this report, the Commission has not yet issued a decision on petitioners' pending motion.

Dated: December 31, 2025

/s/ Aditya Dynar
ADITYA DYNAR
D.C. Bar No. 1686163
Pacific Legal Foundation
3100 Clarendon Blvd., Ste. 1000
Arlington, VA 22201

CAMERON HALLING
Cal. Bar. No. 306778
Pacific Legal Foundation
555 Capitol Mall, Ste. 1290
Sacramento, CA 95814

*Counsel for Petitioners*

/s/ Amir Tayrani
Amir C. Tayrani
Alex Gesch
Amalia Reiss
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
(202) 887-3692
ATayrani@gibsondunn.com
AGesch@gibsondunn.com
AReiss@gibsondunn.com

*Counsel for Intervenor Financial Industry Regulatory Authority, Inc.*

Respectfully submitted,

COURTNEY L. DIXON
/s/ Caroline Tan
CAROLINE TAN
  *Attorneys, Appellate Staff,*
  *Civil Division,*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave. NW*
  *Washington, DC  20530*

DANIEL STAROSELSKY
  *Assistant General Counsel*
RACHEL M. MCKENZIE
  *Senior Appellate Counsel*
  *Office of the General Counsel*
  *U.S. Securities & Exchange*
  *Comm'n*
  *100 F Street, NE*
  *Washington, DC 20549*

  *Counsel for Securities &*
  *Exchange Commission*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, I electronically filed the foregoing with the U.S. Court of Appeals for the Fourth Circuit using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Caroline Tan*
CAROLINE W. TAN